**In the Matter of: Alexis Mager LAKUSTA, Debtor,**

**Alexis Mager Lakusta, Appellant,**

**v.**

**Mark H. Evans; et al., Appellees.**

**No. 07–17014.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 20, 2010.

Alexis Mager Lakusta, pro se.

Julie Marie Glosson, Esquire, U.S. Trustee, Esquire, Office of the U.S. Trustee, San Francisco, CA, James Roberts, Roberts & Eliott, LLP, San Jose, CA, for Appellees.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Alexis Mager Lakusta appeals pro se from the district court's judgment affirming the bankruptcy court's order dismissing his Chapter 7 case. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review decisions of the bankruptcy court independently without deference to the district court's determinations. *Leichty v. Neary (In re Strand),* 375 F.3d 854, 857 (9th Cir.2004). We affirm.

The bankruptcy court did not improperly dismiss Lakusta's claims on any of the grounds asserted.

Evans's request for sanctions is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.